Argued and submitted September 12, ballot title certified September 20, 2001

Kris KAIN
and Tricia Bosak,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S48744)

32 P3d 897

Margaret S. Olney, Smith, Gamson, Diamond & Olney, Portland, argued the cause and filed the petition for petitioner.

Jas. Jeffrey Adams, Assistant Attorney General, Salem, argued the cause for respondent. Denise G. Fjordbeck, Assistant Attorney General, Salem, filed the answering memorandum. With her on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Carson, Chief Justice, and Gillette, Durham, Leeson, Riggs and De Muniz, Justices.

PER CURIAM

## PER CURIAM

This ballot title review proceeding brought under ORS 250.085(2) concerns the Attorney General's certified ballot title for a proposed initiative measure, denominated by the Secretary of State as Initiative Petition 70 (2002). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035(2)(a) to (d). ORS 250.085(5).[1]

Petitioners challenge only the Attorney General's summary. We have considered petitioners' arguments and conclude that none is well taken. Accordingly, we certify the following ballot title to the Secretary of State:

AMENDS CONSTITUTION: SPECIFIES FACTORS
GOVERNING PUBLIC SCHOOL TEACHER PAY
AND JOB RETENTION; PROHIBITS ANY
CONSIDERATION OF SENIORITY

RESULT OF "YES" VOTE: "Yes" vote requires that school boards use specifically listed and equally weighted factors in setting teacher pay and job security; prohibits any consideration of seniority.

RESULT OF "NO" VOTE: "No" vote allows school boards to continue current practice of considering seniority as a factor in setting teacher pay and in job security.

SUMMARY: Amends Constitution. Currently, school boards must consider seniority in the event of layoffs. School boards currently also determine criteria for salary increases. Measure requires public school teacher pay and job security to be based only on listed, equally weighted factors, including teaching and communication skills, educational credentials, increase in appropriate student knowledge under teachers' instruction, work ethic, appropriate classroom environment, other specified factors, but not including seniority. Defines public school teacher. Requires retention of teachers with the highest overall performance and best qualified to teach the assigned courses, without regard to seniority, when layoff occurs. Across-the-board

---

[1] The 2001 Legislative Assembly amended ORS 250.085 in a respect not relevant to this proceeding.

cost of living pay increases allowed if base pay is perform-ance-based. Applies to all collective bargaining agreements entered into after its effective date. Other provisions.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).